Dismissed and Opinion filed August 8, 2002









Dismissed and Opinion filed August 8, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00467-CV

____________

 

CONSUELO LETELIER, Appellant

 

V.

 

WILLIAM R. BURKE, JR., Appellee

 



 

On
Appeal from the 80th District Court

Harris County, Texas

Trial
Court Cause No. 99-18669

 



 

M E M O R A N D U M  O P I N I O N

This is an appeal from a judgment signed February 28,
2002.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  

On July 9, 2002, notification was transmitted to all parties
of the Court's intent to dismiss the appeal for want of prosecution unless,
within fifteen days, appellant paid or made arrangements to pay for the record
and provided this court with proof of payment. 
See Tex. R. App. P. 37.3(b).








Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Opinion
filed August 8, 2002.

Panel consists of Justices
Anderson, Seymore, and Guzman.

Do Not Publish C Tex. R. App. P. 47.3(b).